**DENIED and Opinion Filed November 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00926-CV**

**IN RE MILTON LEE TARVER, Relator**

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F98-02379-QU**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Evans
Opinion by Justice Evans

Milton Lee Tarver has filed a petition for writ of mandamus requesting the Court order the City of Dallas Police Department to turn over to him a police report that he contends contains exculpatory material. Relator has also filed motions as exhibits to his petition requesting that the Court subpoena medical records and a witness from the Dallas Rape Crisis Center. We deny relief.

This Court does not have jurisdiction to issue a writ of mandamus against a police department or a rape crisis center unless it is necessary to enforce our own jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (authorizing court of appeals to issue writs of mandamus against district and county judges within appellate court's geographic jurisdiction or when necessary to enforce appellate

court's jurisdiction); *see also In re Butler*, (No. 01-13-00177-CR, 2013 WL 1136856, at *1 (Tex. App.—Houston [1st Dist.] Mar. 19, 2013, orig. proceeding) (mem. op. per curiam, not designated for publication) (denying mandamus against police department).

Finding no basis for relief, we deny relator's petition for writ of mandamus and deny as moot his motions.

DAVID EVANS
JUSTICE

200926F.P05